UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LESTER BOIHEM                                        CIVIL ACTION

V.                                                   NO. 23-326

MOORE COMPANIES, LLC, ET AL.                         SECTION "H"(4)

## DEFAULT JUDGMENT

For reasons issued August 8, 2023, and filed herein (Doc. 14);

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Default Judgment be entered in favor of the Plaintiff and against the defendant, Tom J. Moore, III.  Judgment is entered against Tom J. Moore, III, in the amount of $300,409.82, plus post-judgment interest, from the date of judgment until paid.

Signed in New Orleans, Louisiana, this 8th day of August, 2023.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE